

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 03-00059-003 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ) | |
| PETER HYON PARK ) | |
| Defendant. ) | |
| _____ ) | |

On February 20, 2004, Peter Hyon Park was sentenced in the District Court of Guam for Trafficking in Counterfeit Merchandise, in violation of 18 U.S.C. § 2320. He was sentenced to a two year probation term with the following conditions: that he not use or possess illegal controlled substances, and shall submit to one urinalysis within 15 days after sentencing and to two more urinalyses thereafter; serve six months home confinement under the home detention component of the program and pay all or part of the costs of the program based upon his ability to pay; obtain and maintain gainful employment; not possess a firearm or other dangerous weapon; perform 200 hours of community service; and pay a $100 special assessment fee.

Mr. Park is in compliance with his conditions of probation. Within the first seven months of supervision, he satisfied the special conditions ordered by the Court as stated in the above paragraph. He continues to report monthly as required, and maintains self-employment as a golf instructor.

Mr. Park is requesting to travel to Seoul, South Korea, to participate in the 86th Korean National Sports Games from October 12, 2005 to October 26, 2005. He will be traveling with representatives of the Korean Amateur Sports of Guam organization and other athletes participating in this event.

**ORIGINAL**

Request to Travel
Re:  PARK, Peter Hyon
USDC Cr. Cs. No. 03-00059-003
October 5, 2005
Page 2


Mr. Park had been granted authorization to travel previously to participate in this event, and had complied with his travel requirements. This Officer therefore, supports his request to travel and seeks Court authorization since it is travel to a foreign country.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By:  _____

ROSSANNA VILLAGOMEZ-AGUON
U. S. Probation Officer

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:  File