| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**ORIGINAL**



PARK, Peter Hyon
USDC Cr. Cs. 03-00059-003
DOB: XX-XX-1961
SSN: XXX-XX-8928
Height: 5'5"
Weight: 135 lbs.

DATE: October 5, 2005

FILED
DISTRICT COURT OF GUAM
OCT -7 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL  Seoul, Korea

LEAVING  October 12, 2005  AND RETURNING  October 26, 2004

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Attend 86th Korean National Sports Games.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your probation conditions while on travel status; and

2. Upon return to Guam, you shall report to U.S. Probation Officer Rossanna Villagomez-Aguon within 24 hours.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF
DESTINATION:

ROSSANNA VILLAGOMEZ-AGUON
UNITED STATES PROBATION OFFICER

NAME _____    ☒ APPROVED    ☐ DISAPPROVED
ADDRESS _____

RECEIVED
OCT - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE
DISTRICT COURT OF GUAM