PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation**

UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

**FILED
DISTRICT COURT OF GUAM
JUN 21 2006
MARY L.M. MORAN
CLERK OF COURT**

UNITED STATES OF AMERICA

v.

PETER HYON PARK

CRIMINAL CASE NO. 03-00059-003

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **February 19, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon Johnson, AUSA
William Bischoff, Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 21st day of June 2006.

HONORABLE JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

**RECEIVED
JUN 16 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM**